U.S.

## IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF GEORGIA DEC -9 PM 2: 24
#### DUBLIN DIVISION

|  |  |  |
|---|---|---|
| JOHN E. HODGES, JR., | ) | CLERK |
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | CASE NOS. CV310-077 |
|  | ) | CR305-024 |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |
|  | ) |  |

### O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 9), to which objections were filed.
(Doc. 11.)   After a careful de novo review of the record
in this case, the Court concludes that Petitioner's
objections are without merit.  Accordingly, the report and
recommendation is **ADOPTED** as the Court's opinion in this
case, and Petitioner's § 2255 Petition is **DENIED**. The Clerk
of Court is **DIRECTED** to close this case.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be
taken in certain matters unless the Court issues a
certificate of appealability.   This certificate may issue
only if Plaintiff has made a substantial showing of the
denial of a constitutional right.  Slack v. McDaniel, 529
U.S. 473, 484 (2000).   After careful consideration, the
Court finds no issues in this case that merit the issuance

of a Certificate of Appealability. As a result, any request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this _9th_ day of December 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA